# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERTO DURAND,<br><br>      Petitioner,<br>v.<br><br>NEVADA ATTORNEY GENERAL, et al.,<br><br>      Respondents. | Case No. 3:18-cv-00343-RCJ-VPC<br><br>ORDER |

  In this case, on July 18, 2018, Roberto Durand, who is apparently incarcerated at Nevada's Ely State Prison, filed a petition for writ of habeas corpus (ECF No. 1-1).

  Durand did not pay the filing fee for this action, and he did not file an application to proceed *in forma pauperis*. Therefore, this action will be summarily dismissed without prejudice.

  **IT IS THEREFORE ORDERED** that this action is dismissed without prejudice.

  **IT IS FURTHER ORDERED** that the petitioner is denied a certificate of appealability.

  **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

DATED THIS 7 day of August, 2018.

ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE

1